IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FRANCES THOMAS and
TYRONE DAVIS HAMPTON                                              PLAINTIFFS

V.                                                CASE NO. 3:17-CV-182-MPM-JMW

GURPARTAP SINGH and
TRANSFARMER, INC.                                                 DEFENDANTS
_____

ORDER GRANTING MOTION TO RESET CASE MANAGEMENT CONFERENCE
_____

      Before the Court is Plaintiffs Frances Thomas and Tyrone Davis Hampton's Motion to Reset Case Management Conference [11]. For good cause shown, and finding there is no opposition by defendants, Plaintiffs' Motion is GRANTED. The case management conference currently set for November 1, 2017, is cancelled and will be reset by separate notice.

      IT IS SO ORDERED this 31st day of October, 2017.


                                                    /s/ Jane M. Virden
                                                  U.S. MAGISTRATE JUDGE